**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

Anh V. Nguyen                                   Chapter 13
Tran Tram                                        Case Number 15-10697-JEB
                                                          Honorable Janet E Bostwick
                Debtors
_____/

## RESPONSE TO SHOW CAUSE

Now comes, U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, by and through its attorneys, Orlans PC and hereby responds to the Court's Order to Show Cause [Docket No. 142] and states as follows:

1. On April 21, 2020, the Chapter 13 Trustee filed her Notice of Final Cure [Docket No. 139] with the respect to the underlying mortgage claim. As such, the deadline to respond to said notice was May 12, 2020.

2. On May 1, 2020, the underlying mortgage claim was service transferred to SN Servicing Corporation.

3. Due to the aforementioned service transfer, a response to the Chapter 13 Trustee's Notice of Final Cure was not timely filed.

4. U.S. Bank Trust National Association, as Trustee of the FW Series I Trust has contemporaneously herewith filed its response to the Chapter 13 Trustee's Notice of Final Cure.

WHEREFORE, U.S. Bank Trust National Association, as Trustee of the FW Series I Trust hereby requests that the Court release the Order to Show Cause [Docket No. 142].

Date:  June 5, 2020                                Respectfully Submitted,


                                                   /s/ Jason J. Giguere
                                                   Elizabeth M. Abood-Carroll, Esq. 569551
                                                   Jason J. Giguere, Esq. 667662
                                                   Matthew Dailey, Esq. 672242
                                                   Patrick J. Martin, Esq. 669534
                                                   Tatyana P. Tabachnik, Esq. 673236
                                                   Orlans PC
                                                   Attorneys for U.S. Bank Trust National
                                                   Association, as Trustee of the FW Series I
                                                   Trust
                                                   PO Box 540540
                                                   Waltham, MA 02454
                                                   (781) 790-7800
                                                   Email: bankruptcyNE@orlans.com
                                                   File Number: 17-007658