**Fill in this information to identify the case:**

Debtor 1 <u>Anh V. Nguyen</u>
Debtor 2 <u>Tran Tram</u>
 (Spouse, if filing)

United States Bankruptcy Court for the District of <u>Massachusetts</u>
Case number <u>15-10697</u>

# Form 4100R

# Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** <u>U.S. Bank Trust National Association, as Trustee of the FW Series I Trust c/o SN Servicing Corporation</u>

**Court claim no.** (if known): <u>13</u>

**Last 4 digits** of any number you use to identify the debtor's account:  <u>4781</u>

**Property address:**   <u>67-69 Greenleaf Avenue</u>
                 Number   Street

              <u>Medford, MA 02155</u>
                City     State     Zip Code

### Part 2: Prepetition Default Payments

**Check one:**

☒ Creditor agrees that the debtor(s) have paid in full the amount required due to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on: _____

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                              (a) $2,901.99
   b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $1,115.00*
   c. Total Suspense Balance.                                                (c) ($0.00)
   d. **Total**. Add lines a and b subtract from c.                          (d) $4,016.99

   Creditor asserts that the debtor(s) are contractually
   Obligated for the postpetition payments(s) that first become due on: 06/01/2020

---

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

Debtor1 <u>Anh V. Nguyen</u>　　　　　　　　　　　　　　　　Case Number (*If known*):15-10697
First Name　　Middle Name　　Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | |
|---|---|
| <u>/s/ Jason J. Giguere</u>　　　　　　　　　<br>　　　　Signature | Date　<u>6/5/2020</u> |

Print: <u>Elizabeth M. Abood-Carroll, Esquire., Bar # 569551</u>　　Title　<u>Attorneys for U.S. Bank Trust National</u>
　　　<u>Jason J. Giguere, Esquire., Bar # 667662</u>　　　　　　　　　　<u>Association, as Trustee of the FW Series I Trust</u>
　　　<u>Matthew Dailey, Esquire., Bar # 672242</u>　　　　　　　　　　<u>c/o SN Servicing Corporation</u>
　　　<u>Patrick J. Martin, Esquire., Bar # 669534</u>
　　　<u>Tatyana P. Tabachnik, Esquire., Bar #  673236</u>
First Name　　Middle Name　　Last Name

Company　　<u>Orlans PC</u>

Address　　<u>PO Box 540540</u>
　　　　　　Number　　Street

　　　　　　<u>Waltham, MA 02454</u>
　　　　　　City　　State　　Zip

Contact phone　(781) 790-7800　　　　　　　　Contact Email: eabood-carroll@orlans.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　jgiguere@orlans.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　mdailey@orlans.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　pmartin@orlans.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ttabachnik@orlans.com

\* For breakdown, see Post-Petition Fee Notice filed on October 17 2015.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

| | |
|---|---|
| Anh V. Nguyen | Chapter 13 |
| Tran Tram | Case Number 15-10697 |
| | Honorable Janet E Bostwick |
| Debtors | |
| _____/ | |

## **CERTIFICATE OF SERVICE**

    I, Jason J. Giguere,, Attorney of Orlans PC, do hereby certify that on June 5, 2020, I caused to be served a copy of Response to Final Cure on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: June 5, 2020

    Respectfully Submitted,

/s/ Jason J. Giguere_____
Elizabeth M. Abood-Carroll, Esq. 569551
Jason J. Giguere, Esq. 667662
Matthew Dailey, Esq. 672242
Patrick J. Martin, Esq. 669534
Tatyana P. Tabachnik, Esq. 673236
Orlans PC
Attorneys for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust c/o SN Servicing Corporation
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 17-007658

<u>VIA US MAIL</u>
Anh V. Nguyen
69 Greenleaf Ave
Medford, MA 02155

Tran Tram
69 Greenleaf Ave
Medford, MA 02155


<u>VIA ECF</u>

Brian J. Anderson, Esq. and Brian J. Anderson, Esq. on behalf of Debtors
John Fitzgerald Esq., Assistant U.S. Trustee
Carolyn Bankowski Esq., Chapter 13 Trustee
John B O'Donnell on behalf of Massachusetts Department of Revenue
Marcus Pratt on behalf of Nationstar Mortgage LLC
Lindsay Kyser on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust